**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:      *In the Matter of the Marriage of Allan Ray Comstock and Mindy Lee Comstock*

Appellate case number:   01-19-00722-CV

Trial court case number:  15-FD-3019

Trial court:                   County Court at Law No. 1 of Galveston County

Date motion filed:          October 29, 2021

Party filing motion:        Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ April L. Farris
☐ Acting Individually ☒ Acting for the Court

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

The En Banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Justice Goodman, voting to grant en banc reconsideration.

Date:  December 9, 2021